UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY COLLINS,

    Plaintiff,

v.

Civil Case No. 22-11368
Honorable Linda V. Parker

LIBERTY MUTUAL INSURANCE CO.,
STEPHEN P. BROWN, MARY GLASSFORD,
DETROIT RADIATOR CORP., and
DONALD H. HANNON,

    Defendants.
_____/

## OPINION AND ORDER SUMMARILY DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

This is Plaintiff's third attempt to proceed with his claims against Defendants in federal court. This Court dismissed without prejudice Plaintiff's first-filed action, Civil Case No. 22-10274, because Plaintiff failed to file an amended complaint establishing federal subject matter jurisdiction when ordered to do so. *See* Op. & Order, *Collins v. Detroit Radiator Corp.*, No. 22-cv-10274 (E.D. Mich. Mar. 18, 2022), ECF No. 16; *see also* Op. & Order, *id.* (E.D. Mich. Feb. 11, 2022), ECF No. 4. The Court dismissed without prejudice Plaintiff's second-filed action, Civil Case No. 22-10941, because it failed for the same reasons. *See* Op. & Order, *Collins v. Detroit Radiator Corp.*, No. 22-10941 (E.D. Mich. May 17, 2022), ECF No. 33. In this case, three times is not the charm.

Plaintiff's most recent Complaint still continues to allege only state law claims (fraud, violation of state court policy, worker's compensation). There is no basis for diversity jurisdiction as Plaintiff and at least two defendants are Michigan citizens. Therefore, the Court is again summarily dismissing Plaintiff's Complaint without prejudice for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1915(e)(2).

To the extent Plaintiff does not understand why the Court keeps dismissing his filings, he is encouraged to consult the clinic at the courthouse available to assist pro se parties. Information about the clinic is available at [http://www.mied.uscourts.gov/PDFFIles/Pro_Se_Clinic_2019.pdf](http://www.mied.uscourts.gov/PDFFIles/Pro_Se_Clinic_2019.pdf). If Plaintiff continues to persist in filing his Complaint in federal court, the Court may bar him from future filings without first obtaining permission from the Court.

**IT IS SO ORDERED**.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: June 23, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 23, 2022, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan<br>
Case Manager